**Fill in this information to identify the case:**

Debtor 1: Kimberly K Mitchell

Debtor 2: _____
(Spouse, if filing)

United States Bankruptcy Court for the: Southern District of OH
(State)

Case number: 17-bk-53597

Official Form 410S1

# Notice of Mortgage Payment Change                                    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

**Court claim no.** (if known): 5-1

**Last 4 digits** of any number you use to identify the debtor's account: 8705 ____ ____ ____

**Date of payment change:**
Must be at least 21 days after date of this notice: 10 / 01 / 2020

**New total payment:** $ 526.30
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. **Will there be a change in the debtor's escrow account payment?**

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 196.51        New escrow payment: $ 186.93

## Part 2: Mortgage Payment Adjustment

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?**

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %        New interest rate: _____ %

   Current principal and interest payment: $ _____        New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
       (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment: $ _____

| Debtor 1 | Kimberly K Mitchell | Case number (if known) 17-bk-53597 |
|---|---|---|
| | First Name  Middle Name  Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ /s/ Michelle R. Ghidotti-Gonsalves         Date 09/01/2020
Signature

Print:  Michelle R. Ghidotti-Gonsalves         Title  AUTHORIZED AGENT
        First Name    Middle Name    Last Name

Company:  Ghidotti Berger LLP

Address:  1920 Old Tustin Ave
          Number       Street
          Santa Ana, CA 92705
          City         State    ZIP Code

Contact phone  (949) 427 – 2010         Email  bknotifications@ghidottiberger.com

SN Servicing Corporation                                    Final
323 FIFTH STREET
EUREKA, CA  95501
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  August 05, 2020

KIMBERLY K MITCHELL                                         Loan:
C/O MITCHELL MARCZEWSKI                                     Property Address:
1020 MAPLE AVE                                              2434 ARLINGTON CIRCLE
ZANESVILLE OH  43701                                        ZANESVILLE, OH  43701

**Annual Escrow Account Disclosure Statement**
**Account History**

This is a statement of actual activity in your escrow account from June 2020 to Sept 2020.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity.

| Payment Information | Current: | Effective Oct 01, 2020: |
|---|---|---|
| Principal & Interest Pmt: | 339.37 | 339.37 |
| Escrow Payment: | 196.51 | 186.93 |
| Other Funds Payment: | 0.00 | 0.00 |
| Assistance Payment (-): | 0.00 | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 |
| Total Payment: | $535.88 | $526.30 |

| Escrow Balance Calculation | |
|---|---|
| Due Date: | Dec 01, 2019 |
| Escrow Balance: | (1,177.45) |
| Anticipated Pmts to Escrow: | 1,965.10 |
| Anticipated Pmts from Escrow (-): | 0.00 |
| Anticipated Escrow Balance: | $787.65 |

| Date | Payments to Escrow Anticipated | Payments to Escrow Actual | Payments From Escrow Anticipated | Payments From Escrow Actual | Description | Escrow Balance Required | Escrow Balance Actual |
|---|---|---|---|---|---|---|---|
| | | | | | Starting Balance | 0.00 | (1,238.75) |
| Jun 2020 | | | | 693.55 * | County Tax | 0.00 | (1,932.30) |
| Jul 2020 | | 754.85 | | * | | 0.00 | (1,177.45) |
| | | | | | Anticipated Transactions | 0.00 | (1,177.45) |
| Aug 2020 | | 1,768.59 | | | | | 591.14 |
| Sep 2020 | | 196.51 | | | | | 787.65 |
| | $0.00 | $2,719.95 | $0.00 | $693.55 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we  anticipated that payments from your account would be made during this period equaling 0.00.  Under Federal law, your lowest monthly balance should not have exceeded 0.00 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

SN Servicing Corporation    Final
For Inquiries:  (800) 603-0836
Main Office- NMLS ID #5985, Branch Office- NMLS ID #9785

Analysis Date:  August 05, 2020

KIMBERLY K MITCHELL                                                                                          Loan: ███

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | 787.65 | 1,042.92 |
| Oct 2020 | 186.93 | 856.00 | Homeowners Policy | 118.58 | 373.85 |
| Nov 2020 | 186.93 |  |  | 305.51 | 560.78 |
| Dec 2020 | 186.93 |  |  | 492.44 | 747.71 |
| Jan 2021 | 186.93 |  |  | 679.37 | 934.64 |
| Feb 2021 | 186.93 | 693.55 | County Tax | 172.75 | 428.02 |
| Mar 2021 | 186.93 |  |  | 359.68 | 614.95 |
| Apr 2021 | 186.93 |  |  | 546.61 | 801.88 |
| May 2021 | 186.93 |  |  | 733.54 | 988.81 |
| Jun 2021 | 186.93 | 693.55 | County Tax | 226.92 | 482.19 |
| Jul 2021 | 186.93 |  |  | 413.85 | 669.12 |
| Aug 2021 | 186.93 |  |  | 600.78 | 856.05 |
| Sep 2021 | 186.93 |  |  | 787.71 | 1,042.98 |
|  | $2,243.16 | $2,243.10 |  |  |  |

 (Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)
Your escrow balance contains a cushion of 373.85.  A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs.  Under Federal law, your lowest monthly balance should not exceed 373.85 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is 787.65.  Your starting balance (escrow balance required) according to this analysis should be $1,042.92.  This means you have a shortage of 255.27.  This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days.  We have decided to do nothing.

We anticipate the total of your coming year bills to be 2,243.10.  We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

| **New Escrow Payment Calculation** | |
|---|---:|
| Unadjusted Escrow Payment | 186.93 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $186.93 |

NOTICE OF RIGHT TO CANCEL PRIVATE MORTGAGE INSURANCE: If you currently pay private mortgage insurance premiums, you may have the right to cancel the insurance. In most cases, you have the right to cancel private mortgage insurance if the principal balance of your loan is 80 percent or less of the current fair market appraised value of your home, and you have a good payment history on your loan. If you want to learn whether you are eligible to cancel this insurance, please contact us at 323 Fifth Street, Eureka, Ca 95501 or 800-603-0836.

**\* Please note if you have autopay/EFT set up on your loan, it is your responsibility to make sure your payment amount is updated.  Enclosed is the EFT form that needs to be completed. Once completed, please fax to the number listed on the EFT form or return in the self-addressed envelope.**

1 | Michelle R. Ghidotti-Gonsalves, Esq. (SBN 232837)
2 | L. Bryant Jaquez, Esq. (SBN 252125)
GHIDOTTI | BERGER, LLP
3 | 1920 Old Tustin Ave.
Santa Ana, CA 92705
4 | Ph: (949) 427-2010
Fax: (949) 427-2732
5 | bjaquez@ghidottiberger.com

Attorney for Creditor
U.S. Bank Trust National Association, as Trustee of the Bungalow Series IV Trust

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO – COLUMBUS DIVISION

| In Re: | ) | CASE NO.: 17-bk-53597 |
|---|---|---|
| Kimberly K Mitchell, | ) | CHAPTER 13 |
| Debtors. | ) | **CERTIFICATE OF SERVICE** |

## **CERTIFICATE OF SERVICE**

I am employed in the County of Orange, State of California. I am over the age of eighteen and not a party to the within action. My business address is: 1920 Old Tustin Ave., Santa Ana, CA 92705.

I am readily familiar with the business's practice for collection and processing of correspondence for mailing with the United States Postal Service; such correspondence would be deposited with the United States Postal Service the same day of deposit in the ordinary course of business.

1

CERTIFICATE OF SERVICE

On September 10, 2020 I served the following documents described as:

- **NOTICE OF MORTGAGE PAYMENT CHANGE**

on the interested parties in this action by placing a true and correct copy thereof in a sealed envelope addressed as follows:

(Via United States Mail)

| **Debtor** | **Chapter 13 Trustee** |
|---|---|
| Kimberly K Mitchell | Frank M Pees |
| 2434 Arlington Ct | 130 East Wilson Bridge Road |
| Zanesville, OH 43701 | Suite 200 |
|  | Worthington, OH 43085 |
| **Debtor's Counsel** |  |
| Mitchell Marczewski | **U.S. Trustee** |
| Marczewski Law Offices LLC | Interim Faye English |
| 1020 Maple Ave | 130 East Wilson Bridge Road |
| Zanesville, OH 43701 | Suite 200 |
|  | Worthington, OH 43085 |

_xx___(By First Class Mail) At my business address, I placed such envelope for deposit with the United States Postal Service by placing them for collection and mailing on that date following ordinary business practices.

_____Via Electronic Mail pursuant to the requirements of the Local Bankruptcy Rules of the Eastern District of California

__xx_(Federal) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

   Executed on September 10, 2020 at Santa Ana, California

/*s / Michaela S Rice*
Michaela S Rice

2
CERTIFICATE OF SERVICE