UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION DIVISION

IN RE:  
Kimberly K Mitchell

DEBTOR

CASE NO. 17-53597  
CHAPTER 13

JUDGE C KATHRYN PRESTON

**NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, EDWARD A BAILEY files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** SN SERVICING CORPORATION

**Final Cure Amount**

| Court Claim # | Account Number | Claim Amount | Claim Allowed | Amount Paid |
|---|---|---|---|---|
| 5 | 4986 | $7,281.05 | $7,281.05 | $7,281.05 |
| Total Amount Paid by Trustee | | | | $7,281.05 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

**X** Through October 2021 via conduit     __ Direct by the Debtor

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtor, Debtor's Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and 2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 17-53597

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Final Cure Payment was served on the parties listed below by ordinary U.S. Mail or served electronically through the Court's ECF System at the e-mail address registered with the Court on this 5th day of November, 2021.

Kimberly K Mitchell, 2434 Arlington Ct, Zanesville, OH  43701

ELECTRONIC SERVICE - Mitchell Marczewski, Marczewski Law Offices LLC, 1020 Maple Ave, Zanesville, OH  43701

JPMorgan Chase Bank, NA, 700 Kansas Lane, MC 8000, Monroe, LA  71203

ELECTRONIC SERVICE - bkyecf@rasflaw.com

ELECTRONIC SERVICE - bankruptcy@sottileandbarile.com

ELECTRONIC SERVICE - amps@manleydeas.com

ELECTRONIC SERVICE - United States Trustee

Date:  November 05, 2021                    /s/ EDWARD A BAILEY
                                            EDWARD A BAILEY
                                            Chapter 13 Trustee
                                            130 E WILSON BRIDGE RD
                                            SUITE 200
                                            WORTHINGTON, OH  43085-6300